IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

WILLIAM SCOTT HOWARD, SR.,

    Plaintiff,

v.                                                                                 No. 1:25-cv-01065-JDB-jay

MADISON COUNTY JAIL ADMINISTRATION; and
JOHN DOES 1-100,

    Defendants.

---

ORDER ADOPTING REPORT AND RECOMMENDATION

---

    Before the Court is the amended complaint of Plaintiff, William Scott Howard, Sr. (Docket Entry ("D.E.") 23.) By Administrative Order, this matter was referred to the United States magistrate judge for management of all pretrial matters and for determination and/or report and recommendation as appropriate. Admin. Order 2013-05. After reviewing the complaint, Magistrate Judge Jon A. York recommended that Plaintiff's amended complaint be dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim upon which relief may be granted. (D.E. 25 at PageID 59.) At the end of the report and recommendation, Judge York notified the parties that, if they disagreed with the recommendation, they were required to file an objection within fourteen days. (*Id.*) He added that "failure to file objections within fourteen (14) days may constitute waiver and/or forfeiture of objections, exceptions, and further appeal." (*Id.* (emphasis omitted)).

    No party has objected to the Magistrate Judge's report and recommendation, and the time for doing so has expired. Consequently, each party has forfeited their objections to the report and

recommendation.  *See Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019) (quoting *Kensu v. Haigh*, 87 F.3d 172, 176 (6th Cir. 1996)).  Accordingly, upon review of the record, the report and recommendation (D.E. 25) is ADOPTED, Plaintiff's action is DISMISSED WITH PREJUDICE, and all of Plaintiff's pending discovery and miscellaneous motions (D.E. 12; D.E. 14; D.E. 16; D.E. 17; D.E. 18) are DENIED AS MOOT.

    IT IS SO ORDERED this 11th day of March 2026.

                                          s/ J. DANIEL BREEN
                                          UNITED STATES DISTRICT JUDGE